UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 12-11899-RGS

PRO SE PARTY BANDALI DAHDAH

v.

PEACETIME, LLC et al.

ORDER

October 16, 2012

STEARNS, D.J.

    1.    The motion (#4) for leave to proceed <u>in forma pauperis</u> is <u>GRANTED</u>.

    2.    The Clerk shall issue summonses and the United States Marshal shall serve a copy of the summons, complaint, and this order upon the defendants as directed by the plaintiff with all costs of service to be advanced by the United States.

    3.    The motion for a temporary restraining order/preliminary injunction (#2) is DENIED WITHOUT PREJUDICE.

The plaintiff alleges in the complaint and in the motion that, in an August 3, 2012 letter, the Burlington Board of Health required the defendants to make specific repairs to the plaintiff's residence. In the motion for injunctive relief, the plaintiff asks that this court order the defendants to make these repairs. However, the plaintiff has not included a copy of this letter, and, with the exception of alleging that steps off the back porch are broken, the plaintiff's pleadings do not specify the alleged unsafe conditions of the property. The copies of photos that the plaintiff submitted and emails to the defendants are insufficient in the absence of clarifying factual allegations. Without additional specific information concerning the alleged condition of the property, it is

impossible for the court to grant the plaintiff's request for injunctive relief. See Fed. R. Civ. P. 65(d) (order granting an injunction must "describe in reasonable detail . . . the act or acts restrained or required"). The plaintiff may renew his request for injunctive relief upon providing more specific allegations concerning the relief he seeks. The plaintiff is advised that the court will not entertain a motion for preliminary injunctive relief absent proof of service upon the defendants.

SO ORDERED.

 /s/ Richard G. Stearns
UNITED STATES DISTRICT JUDGE